# JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH MUNSON,<br><br>    Plaintiff,<br><br>v.<br><br>CREST FOREST SENIOR CITIZENS' CLUB, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 5:14-CV-02439-JGB-DTB<br><br>**ORDER** |

## ORDER

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 7/31/2015

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT COURT JUDGE